UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JENNIFER CLANCY,

    Plaintiff,                                             CASE NO.:

vs.

AMERICAN CAMPUS COMMUNITIES, INC.,

    Defendant.
_____/

## COMPLAINT

Plaintiff sues Defendant and states:

## JURISDICTION and VENUE

1. This is an action for damages and for other equitable and ancillary relief brought pursuant to the Equal Pay Act of 1963, 29 U.S.C. § 206, et seq. (hereinafter "Equal Pay Act").

2. This court has jurisdiction under 28 U.S.C. §1331.

3. Plaintiff, Jennifer Clancy (hereinafter "Clancy" or "Plaintiff"), is a female citizen of the United States and a resident of Leon County, Florida, and has so resided at the times material hereto.

4. Defendant, American Campus Communities, Inc. is a corporation authorized to do business in the State of Florida and Leon County.

5. Defendant's corporate headquarters are located in Austin, Texas.

## CONDITIONS PRECEDENT

6. Plaintiff has fulfilled all conditions precedent prior to filing this suit.

1

## **GENERAL ALLEGATIONS**

7. Plaintiff was hired by Defendant in July 2007 in a temporary maintenance position.

8. In September 2007, Plaintiff became a full time permanent employee.

9. Plaintiff was classified as a Porter until July 2010 when she was classified as a "Tech in Training."

10. Plaintiff has four certifications for maintenance including: Heating, Ventilation and Air-Conditioning (HVAC), R-410-A Certification (training to handle R-410-A refrigerant equipment), Certified Pool Operator (C.P.O.) and Tanning Bed Certification.

11. All of the other employees who held her position were male.

12. None of the other male maintenance employees (outside of the supervisor) held similar certifications to the Plaintiff.

13. Defendant paid Plaintiff less for performing equal or more work than male employees.

14. Plaintiff became aware of the disparate pay in 2010 when a male employee disclosed to her his rate of pay.

15. Plaintiff soon found out that she was the lowest paid maintenance employee.

16. Plaintiff discovered that Defendant was hiring male employees at the same or higher rate than she was receiving without the certifications or years of experience that she had.

17. Male co-workers also harassed the Plaintiff based on her sex.

18. Male employees did things like come up behind the Plaintiff and grab her hips or come up behind her and pick her up off the ground.

19. Male employees also made sexual remarks about the Plaintiff and her boyfriend who previously worked for Defendant.

20. Plaintiff asked the male employees to stop and they did not.

21. Plaintiff complained to management on many occasions about the inappropriate touching and comments and was told that she should tell them to stop and if not come back.

22. Plaintiff was also told that she should not discuss her personal life at work.

23. Male employees continued to discuss their personal life at work.

24. Plaintiff also complained on multiple occasions to management about the discrepancy in pay between her and her male co-workers.

25. Plaintiff's complaints to management were not taken seriously.

26. The stress of the unequal pay and harassment led Plaintiff to be forced to resign her position.

27. Plaintiff has found it necessary to retain counsel to vindicate her rights in this matter and owes reasonable attorneys' fees.

### COUNT I
### Discrimination in Compensation
### Equal Pay Act of 1963, 29 U.S.C. § 206, et seq.

28. Plaintiff incorporates herein Paragraph Numbers 1 through 27.

29. Plaintiff belongs to a protected class; she is female.

30. Plaintiff's job functions as a Porter and Tech in Training were of equal skill, effort, and responsibility as the job functions of Defendant's male maintenance employees and were performed under the same or similar working conditions.

31. Plaintiff had more certifications, training and experience than the other male maintenance workers.

32. During all relevant periods, Plaintiff received wages lower than Defendant's male tech

workers performing the same or substantially more work than her male coworkers.

33. Plaintiff was qualified for and entitled to wages equal to or higher than her male coworkers' wages for performing the same or substantially more work than her male coworkers at American Campus Communities, Inc.

34. Defendant violated the EPA and Plaintiff is entitled to damages and equitable relief.

   **WHEREFORE**, Plaintiff respectfully requests this Court grant the following relief:

   A. A declaration by this Court that Defendant violated the EPA;

   B. An injunction issued by this Court prohibiting Defendant from further violation of the EPA;

   C. Back pay in the form of lost wages, including lost benefits, plus interest which resulted from the unlawful sex discrimination and an additional equal amount as liquidated damages;

   D. Costs of this action, together with reasonable attorneys' fees;

   E. Post-judgment interest; and

   F. Such other and further relief as is just, equitable, and proper.

### Jury Demand

Plaintiff demands trial by jury on all issues so triable.

Respectfully submitted,

*/s/ Melissa Horwitz*
Melissa Horwitz
Florida Bar 017333
Richard E. Johnson
Florida Bar No. 858323

Law Office of Richard E. Johnson
314 West Jefferson Street
Tallahassee, Florida 32301

4

850-425-1997
850-561-0836 facsimile