**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

JENNIFER CLANCY,

    VS                                                CASE NO.  4:11cv444-WS

AMERICAN CAMPUS COMMUNITIES,
INC.,

**JUDGMENT**

All claims are dismissed with prejudice.

JESSICA J. LYUBLANOVITS
CLERK OF COURT

 March 23, 2012                    s/Pam Lourcey
DATE                                   Deputy Clerk: Pam Lourcey